

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2021

No. 04-21-00213-CV

**AIKG, LLC** d/b/a Andretti Indoor Karting & Games,
Appellant

v.

**CSP CONSULTANTS GROUP, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI12924
Honorable Tina Torres, Judge Presiding

## O R D E R

Appellee's Unopposed Motion for Extension of Time to File Appellee's Response Brief is GRANTED. Appellee's brief is timely filed.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court